United States District Court
Western District of Virginia

Jonathan Lee Riches,
Plaintiff

V.

Alex Ovechkin; Retief Goosen; FCI Williamsburg,
Defendants

7:08-CV-00169

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 20 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

## 28 USC 2241 / Habeas Corpus

Plaintiffs conditions and manner in which his sentence has been executed violates Plaintiffs 6th amendment rights under Booker and Fan Fan. Plaintiff is being denied due process by the defendants, Legal department at FCI Williamsburg. Plaintiffs sentence is illegal. Plaintiff is over 500 miles away from his Home in Florida. Plaintiff is denied Administrated remendys. Plaintiff seeks immediate release from Prison and discharged.

/s/

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203

FLORENCE SC 295
15 FEB 2008 PM 1 L

"LET US DARE TO
THINK, SPEAK AN[D]
John Adams, 1765
[illegible]
FIRST-CLASS FOREVER